# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No:  24-1663
_____

United States of America

Plaintiff - Appellee

v.

Dedrick Deshon Jordan

Defendant - Appellant

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cr-00013-RLW-3)

**JUDGMENT**

Before BENTON, KELLY, and ERICKSON, Circuit Judges.

The motion of appellee for dismissal of this appeal is granted. The appeal is hereby dismissed. See Eighth Circuit Rule 47A(b).

July 25, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Maureen W. Gornik